UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                       :

UNITED STATES OF AMERICA      :

    -against-               :

    Wayne Wright            :

                       :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/18

ORDER

12 CR695 (CM)
Docket #

17-CR-695 (cm)

Colleen McMahon , DISTRICT JUDGE:
     Judge's Name

~~The~~ C.J.A. attorney ~~assigned to receive cases on this day,~~

Stephen Turano is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
        10/29/19